**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Ricky Anton SIDLAUSKAS,**
**Defendant–Appellant.**

No. 05–41488
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 18, 2007.

Heather Harris Rattan, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Texas, Plano, TX, for Plaintiff–Appellee.

Robert Jackson Herrington, Plano, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM: *

Court-appointed counsel for Ricky Anton Sidlauskas has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Sidlauskas has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, coun-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.